BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE SEMPRIS MEMBERSHIP PROGRAM MARKETING LITIGATION | ) ) ) ) ) ) ) |

MDL DOCKET NO. ____
(PENDING NO. 143)

## AMENDED PROOF OF SERVICE

I hereby certify that a copy of this Amended Proof of Service was served by First Class Mail on November 8, 2013, to the following:

Clerk, District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Clerk, Western District of Michigan
399 Federal Bldg
110 Michigan St NW
Grand Rapids MI 49503

Clerk, District of Minnesota
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Clerk, Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

2240764

I hereby certify that a copy of this Amended Proof of Service was served by Email on November 8, 2013, to the following:

Steven Lezell Woodrow
EDELSON LLC
999 W 18th St., Ste. 3000
Denver, CO 80202
swoodrow@edelson.com
**Counsel for Plaintiffs: Bonnie Daniell, Eric Herman, Marcella Kist, Carol Maher**
    N.D. Illinois, No. 1:13-cv-06938
    W.D. Michigan, No. 1:13-cv-00020
    D. Massachusetts, No. 1:13-cv-10262
    D. Minnesota, No. 0:13-cv-02202

Christopher L. Dore
Alicia Hwang
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
cdore@edelson.com
ahwang@edelson.com
**Counsel for Plaintiffs: Bonnie Daniell, Eric Herman, Marcella Kist, Carol Maher**
    N.D. Illinois, No. 1:13-cv-06938
    W.D. Michigan, No. 1:13-cv-00020
    D. Massachusetts, No. 1:13-cv-10262
    D. Minnesota, No. 0:13-cv-02202

David Pastor
Pastor Law Office, LLP
63 Atlantic Avenue
3rd Floor
Boston, MA 02110
dpastor@pastorlawoffice.com
**Counsel for Plaintiff: Marcella Kist**
    D. Massachusetts, No. 1:13-cv-10262

Barry R. Conybeare
Conybeare Law Office PC
519 Main St.
St. Joseph, MI 49085
(269) 983-0561
Barry@conybearelaw.com
**Counsel for Plaintiff: Eric Herman**
    W.D. Michigan, No. 1:13-cv-00020

Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
rkshelquist@locklaw.com
**Counsel for Plaintiff: Carol Maher**
    D. Minnesota, No. 0:13-cv-02202

Howard B. Randell
Adam T. Peterson
LEAHY EISENBERG & FRAENKEL, LTD.
33 W Monroe St., Ste. 1100
Chicago, IL 60603
hbr@lefltd.com
atp@lefltd.com
**Counsel for Defendant: Emson, Inc.**
    N.D. Illinois, No. 1:13-cv-06938
    W.D. Michigan, No. 1:13-cv-00020

2240764

Mark T. Ostrowski
KLUCZYNSKI GIRTZ & VOGELZANG
5005 Cascade Rd., SE, Ste. A
Grand Rapids, MI 49546
MarkO@kgvlaw.com
**Counsel for Defendant: Emson, Inc.**
  W.D. Michigan, No. 1:13-cv-00020

Timothy A. Hudson
TABET DIVITO ROTHSTEIN
209 South LaSalle Street
7th Floor
Chicago, IL 60604
thudson@tdrlawfirm.com
**Counsel for Defendant: Quality Resources, Inc.**
  N.D. Illinois, No. 1:13-cv-06938

Christopher P. Sullivan
Lisa A. Furnald
Morgia D. Holmes
ROBINS, KAPLAN, MILLER & CIRESI LLP
800 Boylston Street
25th Floor
Boston, MA 02199-8001
cpsullivan@rkmc.com
mdholmes@rkmc.com
**Counsel for Defendant: Digital River, Inc.**
  D. Massachusetts, No. 1:13-cv-10262

Richard W. Epstein
Jeffrey Backman
GREENSPOON MARDER, P.A.
200 East Broward Blvd.
Suite 1500
Fort Lauderdale, FL 33301
(954) 491-1120
Richard.epstein@gmlaw.com
jeffrey.backman@gmlaw.com
**Counsel for Defendant: Quality Resources, Inc.**
  N.D. Illinois, No. 1:13-cv-06938

Michael A. Geibelson
ROBINS, KAPLAN, MILLER & CIRESI LLP
2049 Century Park East, Suite 3400
Los Angeles, California  90067
mageibelson@rkmc.com
**Counsel for Defendant:  Digital River, Inc.**
  D. Massachusetts, No. 1:13-cv-10262

William I. Rothbard
LAW OFFICE OF WILLIAM I. ROTHBARD
1217 Yale Street, Suite 104
Santa Monica, CA 90404
**Counsel for Defendant:  Health Pure Products, LLC**
  D. Minnesota, No. 0:13-cv-02202

3

2240764

I hereby certify that copies of the Motion, Brief, Schedule of Actions and Proof of Service filed on November 7, 2013 (Dkt. 1) and a copy of this Amended Proof of Service were served by First Class Mail on November 8, 2013, to the following:

Quality Resources, Inc.
c/o Greenspoon Marder, P.A.
100 W. Cypress Creek Road, Suite 700
Fort Lauderdale, Florida 33309
**Registered Agent For Defendant:  Quality Resources, Inc.**
W.D. Michigan, No. 1:13-cv-00020

__/s/ David Jiménez-Ekman_____

2240764