## <u>List of Case Captions</u>

*Daniell v. Sempris, et al*., Case No. 13-CV-06938 (N.D. Ill.)

*Herman v. Sempris, et al*., Case No. 13-CV-00020 (W.D. Mich.)

*Kist v. Sempris, et al*., Case No. 13-CV-10262 (D. Mass.)

*Maher v. Sempris, et al*., Case No. 13-CV-2202 (D. Minn.)