BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE SEMPRIS MEMBERSHIP PROGRAM MARKETING LITIGATION | ) ) ) ) ) ) | MDL DOCKET NO. 2509 |

## SECOND AMENDED PROOF OF SERVICE

I hereby certify that, in addition to service on the courts and parties as reflected in the Amended Proof of Service (Dkt. 4), copies of the Motion, Brief, Schedule of Actions and Proof of Service filed on November 7, 2013 (Dkt. 1) were served via hand delivery on November 12, 2013, to the following:

Clerk, Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

I further certify that on November 12, 2013, I filed the foregoing Second Amended Proof of Service and caused a true and correct copy of the foregoing to be served upon all CM/ECF registrants of record in this action using the CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　　　　__/s/ David Jiménez-Ekman_____

2241511.1