**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| **IN RE SEMPRIS MEMBERSHIP** | ) | MDL DOCKET NO. 2509 |
| **PROGRAM MARKETING LITIGATION** | ) | |
| | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2013, I electronically filed the **Notice of Appearance for Steven L. Woodrow** through the CM/ECF system, which sent a notice of electronic filing to:

David Jimenez-Ekman
Craig C. Martin
Matthew R. Devine
Brienne M. Letourneau
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
djimenez-ekman@jenner.com
cmartin@jenner.com
mdevine@jenner.com
bletourneau@jenner.com
**Counsel for Defendant: Sempris, LLC**
N.D. Illinois, No. 1:13-cv-06938
W.D. Michigan, No. 1:13-cv-00020
D. Massachusetts, No. 1:13-cv-10262
D. Minnesota, No. 0:13-cv-02202

D. Andrew Portinga
David J. Gass
MILLER JOHNSON PLC
250 Monroe Ave., N.W., Suite 800
Grand Rapids, MI 49501
portingaa@millerjohnson.com
gassd@millerjohnson.com
**Counsel for Defendant: Sempris, LLC**
W.D. Michigan, No. 1:13-cv-00020

Aaron D. Van Oort
Elsa M. Bullard
FAEGRE BAKER DANIELS LLP
90 S. 7th Street, Suite 2200
Minneapolis, MN 55402
aaron.vanoort@faegrebd.com
elsa.bullard@faegrebd.com
**Counsel for Defendant: Sempris, LLC**
D. Minnesota, No. 0:13-cv-02202

Gary R. Greenberg
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA 02110
greenbergg@gtlaw.com
**Counsel for Defendant: Sempris, LLC**
D. Massachusetts, No. 1:13-cv-10262

Howard B. Randell
Adam T. Peterson
Alexander W. Ross
John Joseph McInerney
LEAHY EISENBERG &FRAENKEL, LTD.
33 W Monroe St., Ste. 1100
Chicago, IL 60603
hbr@lefltd.com
atp@lefltd.com
awr@lefltd.com
jjm@lefltd.com
**Counsel for Defendant: Emson, Inc.**

N.D. Illinois, No. 1:13-cv-06938
W.D. Michigan, No. 1:13-cv-00020

Mark T. Ostrowski
KLUCZYNSKI GIRTZ &VOGELZANG
5005 Cascade Rd., SE, Ste. A
Grand Rapids, MI 49546
MarkO@kgvlaw.com
**Counsel for Defendant: Emson, Inc.**
W.D. Michigan, No. 1:13-cv-00020

Timothy A. Hudson
TABET DIVITO ROTHSTEIN
209 South LaSalle Street, 7th Floor
Chicago, IL 60604
thudson@tdrlawfirm.com
**Counsel for Defendant: Quality
Resources, Inc.**
N.D. Illinois, No. 1:13-cv-06938

Christopher P. Sullivan
Lisa A. Furnald
Morgia D. Holmes
ROBINS, KAPLAN, MILLER & CIRESI LLP
800 Boylston Street
25th Floor
Boston, MA 02199-8001
cpsullivan@rkmc.com
lafurnald@rkmc.com
mdholmes@rkmc.com
**Counsel for Defendant: Digital River, Inc.**
D. Massachusetts, No. 1:13-cv-10262

Richard W. Epstein
Jeffrey Backman
GREENSPOON MARDER, P.A.
200 East Broward Blvd.
Suite 1500
Fort Lauderdale, FL 33301
(954) 491-1120
richard.epstein@gmlaw.com
jeffrey.backman@gmlaw.com
**Counsel for Defendant: Quality
Resources, Inc.**
N.D. Illinois, No. 1:13-cv-06938

Michael A. Geibelson
ROBINS, KAPLAN, MILLER & CIRESI LLP
2049 Century Park East, Suite 3400
Los Angeles, California 90067
mageibelson@rkmc.com
**Counsel for Defendant: Digital River, Inc.**
D. Massachusetts, No. 1:13-cv-10262

William I. Rothbard
LAW OFFICE OF WILLIAM I. ROTHBARD
1217 Yale Street, Suite 104
Santa Monica, CA 90404
**Counsel for Defendant: Health Pure
Products, LLC**
D. Minnesota, No. 0:13-cv-02202

Lora Mitchell Friedemann
FREDRIKSON & BYRON, PA
200 S. 6th Street, Suite 4000
Minneapolis, MN 55402
lfriedemann@fredlaw.com
**Counsel for Defendant: Health Pure
Products, LLC**
D. Minnesota, No. 0:13-cv-02202

I further certify that on November 13, 2013, I electronically filed this **Certificate of Service** through the CM/ECF system, which will send a notice of electronic service to:

David Jimenez-Ekman
Craig C. Martin
Matthew R. Devine
Brienne M. Letourneau
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
djimenez-ekman@jenner.com
cmartin@jenner.com
mdevine@jenner.com
bletourneau@jenner.com
**Counsel for Defendant: Sempris, LLC**
N.D. Illinois, No. 1:13-cv-06938
W.D. Michigan, No. 1:13-cv-00020
D. Massachusetts, No. 1:13-cv-10262
D. Minnesota, No. 0:13-cv-02202

D. Andrew Portinga
David J. Gass
MILLER JOHNSON PLC
250 Monroe Ave., N.W., Suite 800
Grand Rapids, MI 49501
portingaa@millerjohnson.com
gassd@millerjohnson.com
**Counsel for Defendant: Sempris, LLC**
W.D. Michigan, No. 1:13-cv-00020

Aaron D. Van Oort
Elsa M. Bullard
FAEGRE BAKER DANIELS LLP
90 S. 7th Street, Suite 2200
Minneapolis, MN 55402
aaron.vanoort@faegrebd.com
elsa.bullard@faegrebd.com
**Counsel for Defendant: Sempris, LLC**
D. Minnesota, No. 0:13-cv-02202

Gary R. Greenberg
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA 02110
**Counsel for Defendant: Sempris, LLC**
greenbergg@gtlaw.com
D. Massachusetts, No. 1:13-cv-10262

Howard B. Randell
Adam T. Peterson
Alexander W. Ross
John Joseph McInerney
LEAHY EISENBERG & FRAENKEL, LTD.
33 W Monroe St., Ste. 1100
Chicago, IL 60603
hbr@lefltd.com
atp@lefltd.com
awr@lefltd.com
jjm@lefltd.com
**Counsel for Defendant: Emson, Inc.**
N.D. Illinois, No. 1:13-cv-06938
W.D. Michigan, No. 1:13-cv-00020

Mark T. Ostrowski
KLUCZYNSKI GIRTZ & VOGELZANG
5005 Cascade Rd., SE, Ste. A
Grand Rapids, MI 49546
MarkO@kgvlaw.com
**Counsel for Defendant: Emson, Inc.**
W.D. Michigan, No. 1:13-cv-00020

Timothy A. Hudson
TABET DIVITO ROTHSTEIN
209 South LaSalle Street, 7th Floor
Chicago, IL 60604
thudson@tdrlawfirm.com
**Counsel for Defendant: Quality Resources, Inc.**
N.D. Illinois, No. 1:13-cv-06938

Christopher P. Sullivan
Lisa A. Furnald
Morgia D. Holmes
ROBINS, KAPLAN, MILLER & CIRESI LLP
800 Boylston Street
25th Floor
Boston, MA 02199-8001
cpsullivan@rkmc.com
lafurnald@rkmc.com
mdholmes@rkmc.com
**Counsel for Defendant: Digital River, Inc.**
D. Massachusetts, No. 1:13-cv-10262

Richard W. Epstein
Jeffrey Backman
GREENSPOON MARDER, P.A.
200 East Broward Blvd.
Suite 1500
Fort Lauderdale, FL 33301
(954) 491-1120
richard.epstein@gmlaw.com
jeffrey.backman@gmlaw.com
**Counsel for Defendant: Quality
Resources, Inc.**
N.D. Illinois, No. 1:13-cv-06938

Michael A. Geibelson
ROBINS, KAPLAN, MILLER & CIRESI LLP
2049 Century Park East, Suite 3400
Los Angeles, California 90067
mageibelson@rkmc.com
**Counsel for Defendant: Digital River, Inc.**
D. Massachusetts, No. 1:13-cv-10262

William I. Rothbard
LAW OFFICE OF WILLIAM I. ROTHBARD
1217 Yale Street, Suite 104
Santa Monica, CA 90404
**Counsel for Defendant: Health Pure
Products, LLC**
D. Minnesota, No. 0:13-cv-02202

Lora Mitchell Friedemann
FREDRIKSON & BYRON, PA
200 S. 6th Street, Suite 4000
Minneapolis, MN 55402
lfriedemann@fredlaw.com
**Counsel for Defendant: Health Pure
Products, LLC**
D. Minnesota, No. 0:13-cv-02202

I further certify that, on November 13, 2013, I served by First Class Mail a copy of the **Notice of
Appearance for Steven L. Woodrow** and this **Certificate of Service** to:

Quality Resources, Inc.
c/o Greenspoon Marder, P.A.
100 W. Cypress Creek Road, Suite 700
Fort Lauderdale, Florida 33309
**Registered Agent For Defendant:
Quality Resources, Inc.**
W.D. Michigan, No. 1:13-cv-00020

/s/ Steven L. Woodrow
Steven L. Woodrow
EDELSON LLC
350 N. LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

swoodrow@edelson.com
*Attorney for Plaintiffs Marcella Kist,*
*Bonnie Daniell, Eric Herman, and*
*Carol Maher*